United States District Court
For The District of Maryland

Herschel W. Vick El
  Plaintiff

Case No. 15-CV-03355 GLR

V

Office Edward Carmeon, Et Al
  Defendant's

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

DEC 11 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Plaintiff Memorandum in Opposition to Defendant's Renewed to Dismiss or Alternatively for Summary Judgment

Defendant's Previous filed A motion to Dismiss the Complaint on March 16 2017 The Court Entered Summary Judgment on behalf of Defendant's. The Court Shall grant Summary Judgment if the Movant shows that there is no genuine Dispute As to any material fact and the movant is entitled to Judgment as a matter of law.

The Court should state on the record the reasons for granting or denying the motion. This was never done on behalf of the Honorable Court (ECF No 15 District Court Memorandum Opinion Order 16th Day of March 2017

Spiritual And Civil Corruption Bring Judgment And Punishment

As A Cage is full of Birds, so are their houses full of deceit; therefore they become great and waxed Rich. (This verse could be Paraphrased: Jeremiah 5:27 King James Bible

As A Cage is full of birds caught in traps. so their houses are full of greatness or riches as such, Lot is Deadly opposed to such obtained by spiritual Fraud and spiritual Deceit.

They are waxed fat. They shine; yes, they overpass the deeds of the wicked. They Judge not the Cause, The cause of the fatherless, Yet they Prosper and the right of the needy do they not Judge (Yea, they overpass the deeds of the wicked "literally mean they over pass the common measure of wickedness.

Plaintiff Appeal to the Fourth Circuit which Vacate the Summary Judgment Entered By The District Court and remand of an order Staying further Proceedings Consistent with the Court Decision Mandate entered September 11 2018

When The stay was lifted, the Court issued an order requiring Plaintiff to Amend his Complaint or Advise the Court that he intends to Proceed with his Claim as stated in his original Complaint (ECF No. 33) THE Court further ordered the Defendant's to Respond to The Controlling pleading by July 27, 2020 (ECF No 33.

Defendant's Never respond to the pleading or Obeyed the Court order. This WAs Deferential Standard of abuse of Discretion A minefield Treacherous For A Trial Judge to maneuver.

"Counsel in The Heart of Man is like Deep Water, but a man of understanding will draw it out.

<u>Motion To Dismiss And For Summary Judgment</u>

The motion to Dismiss is a written request that the Judge end your suit, without you getting the chance to get Discovery, or go to trial. The Judge must assume that every fact you stated in your complaint is true. The Judge must then Ask if all those fact are true, is it plausible that the Defendants violated your Right?

If any combination of the facts stated in your Complaint might qualify you for Any form of Court action under Section 1983 Then the Judge is legally required to Deny the motion to Dismiss your complaint, in making this Decision Courts Are supposed to treat unrepresented parties, including Prisoners, more leniently that people who are filing a suit with A lawyer. in Considering a motion to Dismiss a Pro Se complaint should be held to Less strict standards than a Complaint Drafted by A lawyer

in Cruz V Beto, 405 U.S. 319, 322 (1972) in that Case the Court Stated that A complaint "should not be Dismissed for failure to state a claim unless it Appears beyond Doubt that the Plaintiff can prove no set of facts in support of his claim which entitle him to relief. Conley V Gibson 355 U.S. 41, 45 46 (1957)

A Claim maybe Dismissed under federal Rule Civil Procedure 12(B) 6 for failure to state a claim for which relief can be granted. A Rule 12 (B) 6 motion require the Court to examine the Sufficiency of the complaint Conley V Gibson 335 U.S. 41 78 S.Ct. 99, 102 2 L ED 2d 80, 84 1967 Abrogated in other respect by Bell Atlantic Corporation

v. Twombly 550 U.S 544 127 1955 667 L ED 2d 929 (2007) Generally in ruling in a motion to Dismiss the Court relies on the Complaint attached and matter of public record including other judicial Proceedings Sands v Mccormick, 502 F 2d 201, 209, Cir 2008

Except as provided in Federal Rule of Civil Procedure 9, a Complaint is sufficient if it complies with Rule 8 (A) 2 does not requires heightened fact pleading of specifics, but only enough facts to state a claim to relief that is plausible on it face Twombly 550 U.S. at 570, 127 s.ct at 1974, 167 L. Ed 2d at 949

In Determining whether a Complaint is Sufficient The Court must accept all factual allegation as true, Construe the Complaint in the light most favorable to the plaintiff, and Determine whether, under any reasonable reading, the plaintiff may be entitled to relief. Fowler, 578 F 3d at 210 Citing Phillips v Country of Allegheny, 515 F. 3d 224 233 (3D) Cir 2008

The United States Supreme Court's opinion in Ashcroft v Iqbal 556 U.S. 662, 684, 129 s.ct. 1937, 1953 173 L. Ed 2d 868, 887 (2009) states clearly that the facial plausibility "Pleading Standard set forth in Twombly applies to all Civil suits in the federal Courts, Fowler v UPmc Shady Side, 579 F. 3d 203, 210 (3D Cir. 2009.

This showing of facial Plausibility then allows the Court to Draw the reasonable inference that the Defendant is liable for the misconduct alleged".


And that plaintiff is entitled to relief." Fowler, 578 F.3d at 210 (a quoting Iqbal 556 U.S. At 678, 129 S.Ct. at 1949, 173 L. ED 2d at 884)

Although "conclusory" or bare-bones allegations will not survive a motion to Dismiss Fowler 578 F.3d at 210 A complaint may not be Dismissed merely because it appears unlikely that the plaintiff can prove those facts or will ultimately prevail on the merits Phillips, 515 F.2d 3d at 231 nonetheless, to survive a Rule 12(B)(6) motion the complaint must provide enough facts to raise a reasonable expectation that Discovery will reveal evidence of the necessary element. ID At 234 (quoting Twombly, 550 U.S. at 556, 127 S.Ct. at 1969 167 L. Ed. 2d At 940)

The Court is required to conduct a two-part analysis when considering A Rule 12(B)(6) motion, first the factual matters averred in the complaint, and any attached exhibits, should be separated from legal conclusions asserted. Fowler, 578 F.3d at 210 Any facts filed must be taken as True, and any legal conclusions asserted maybe Disregarded. ID at 210, 211.

Second, the Court must Determine whether those factual matters averred are sufficient to show that the plaintiff has a plausible claim for relief." ID at 211 (Quoting Iqbal, 556 U.S. At 679, 129 S.Ct at 1950, 178 L. ED. 2d at 884) As the result of the assault by Defendant Carmean Plaintiff suffered permanent physical injuries and scarring, As well as mental pain and suffering Anguish Distress and sleeplessness

The Defendant's have not shown that the Rule of Heck v. Humphrey entitles them to Judgment as a matter of law.

The rule cited by the defendant's is simply inapposite to the Present does not have to show that he was not aware in order to prevail on an excessive force claim, but only that the force used was greater than that required see the Discussion on the Merits infra. In the Present case, as in Smithart, a successful action for excessive force would not necessarily imply the invalidity of the arrest or the conviction and Heck does not accordingly foreclose the excessive force claim.

That the plaintiff can't prove no set of facts in support of his claim which entitle him to relief. Conley v Gibson 355 U.S. 41 45-46 1957 the Supreme Court said that in Considering a motion to Dismiss a Pro se Complaint should be held to less strict Standards than a motion drafted by a lawyer.

Defendant Carmen own word that he end up head tossing plaintiff (see Trial Transcript (exhibit 1) there are picture's in the file (exhibit 2) Defendant Admitted on the witness Stand that he slugged Plaintiff twice even in Police report (exhibit 3) Medical Record's exhibit 4) Plaintiff was release on 30,000 bond without Collateral Security (exhibit 5)

After the third time in court for the new trial the Honorable D.A. & Court gave to myself & lawyer a copy of Carmean wife (exhibit 6) assault.

### Summary Judgment

is warranted only where the movant establishes both (1) that it is entitled to judgment as a matter of law, and (2) that there are no genuine issues of material fact pertinent to the questions of law. Fed. R. Civ. P. 56 (c); White v Fraternal Order of Police, 909 F.2d 512, 516 (D.C. Cir 1990. The movant has the burden of showing the absence of any genuine issue of material fact; if, and only if, the movant meets that burden is the plaintiff required to submit evidence to show that there is, in fact, an issue of material fact. Mckinney v Dole, 765 F.2d 1129, 1134-35 (D.C. Cir 1985)

In determining whether the movant has met its burden, the evidence of the nonmovant must be believed and all inferences must be resolved in favor of nonmovant. United States v Spicer, 57 F.3d 1152, 1159-60 (D.C. Cir 1995, Cert denied, 116 S.Ct. 701 (1996)

### Legal Standards for Deciding Summary Judgment

Summary Judgment under Rule 56 is not supposed to be the same as a trial; rather, it is supposed to be a procedure by which the Judge can decide whether a trial is necessary. So, in deciding a summary Judgment motion, the court is not supposed to do things that a trial Judge or jury would do, such as figuring out who

A Defendant acts under color of STATE law when he exercises power "Possessed by virtue of STATE law And made Possible only because the wrongdoer is clothes with the authority of State law West v Atkins, 487 U.S. 42, 49 108 S.Ct. 2250, 2255 101 L.Ed. 2d 40, 49 (1988) Bonenberger v Plymouth Township, 132 F.3d 20, 23 (3d Cir 1997)

THE UNITED STATES Supreme Court has held that excessives force claim arising out of An arrest, investigatory stop, or other seizure of A free person are to be analyed under the fourth Amendment And its reasonableness" standard rather than a Substantive Due Process" Approach under the fourtheenth Amend Graham v O Connor 490 U.S 386 395 108 S.Ct 1865, 1781 104 L Ed 2d 443, 454, 455 1989

IN THE Present Case the defendant have failed to show that they are entitled to Judgment as a matter of law or that there are no genuine issues of fact the plaintiff has furthermore shown that there are in fact genuine issues of fact Genuine issless of fact and that the Defendant are not entitled to summary Judgment as a matter of law. The Defendant motion for Summary Judgment must, therefore be denied

is telling the truth or resolving factual Disputes. Instead, THE COURT on A SUMMARY Judgment motion is deciding whether a reasonable fact-finder at trial. The trial Jury or Judge in a non-Jury trial Could give a Verdict in favor of the non-moving Party. The U.S. Supreme Court has stated the requirement as follows:

"THE inquiry performed is the threshold inquiry of Determining whether, in other words, there are Any genuine factual issues that properly Can be resolved only by a finder of fact because they may reasonably be resolved in favor of Either party. Anderson v Liberty Lobby, Inc 477 U.S. 242 250-251 (1986)

Since there are clear disputes of Material fact, the Defendants are not entitled to Judgment as a matter of law. Live testimony must be heard and Credibility must be determined in order to arrive at a fair result. For these reasons, the Defendant's motion for Summary Judgment must be Denied.

Herschel Keith el

## Certificate of Service

I Hereby certify that on this 7th Day of Dec, The foregoing Memorandum in Opposition to Defendant's Renewed To Dismiss or Alternatively for Summary Judgment was Sent via First Class U.S. mail, To Clerk of Court / Matthew D. Peter Counsel for Defendants

Herschel Vick ΣΦ