# Atlantic General Hospital - Berlin, MD 21811

| | | | |
|---|---|---|---|
| Patient: | HERSCHEL W VICK | DOB: | 7/16/1948 |
| MR #: | 153999 | Age/Gender: | 66y M |
| DOS: | 8/29/2014 20:19 | Acct #: | 1797378 |
| Private Phys: | ED ONLY | ED Phys: | Stephen St. Pierre, MD |
| Height | 175.3 cm (69 in) Inches (est) | | |
| Weight | 73.5 kg. (est) | | |

| CHIEF COMPLAINT: | Enc. Type: | ACUITY: |
|---|---|---|
| Assault | Initial | Level 3- Emergent |

## Patient Aliases:

HERSCHEL VICK EL

HERSCHEL "" VICK EL

## Physicians caring for patient:

Stephen St. Pierre, MD

## Height and Weight

**Height:** 175.3 cm (69 in) (est) <LRW 8/29/2014 20:25>

**Weight:** 73.5 kg. (est) <LRW 8/29/2014 20:25>
**Growth Charts:**

Patient age exceeds growth chart ranges
Age: 66y Weight: 162.0lbs (73.5 kg) Height: 69 in (175.3 cm ) BMI: 23.9

## VITAL SIGNS

| Initials/Date/Time | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | Pain | O2 Sat. | O2 liters/min. |
|---|---|---|---|---|---|---|---|---|---|---|
| WCW 8/29/2014 20:21 | 98.5 | O | 101 | | 151 | 97 | S | | 94 | RA |
| JC 8/29/2014 21:37 | | | 98 | 18 | 150 | 80 | S | | | |

*Vital Signs Alert:*

Vital signs alert reviewed. < Stephen St. Pierre, MD 8/29/2014 20:22>

## TRIAGE
**ALLERGIES: (+) med allergies / (-) food and other allergies**
**ASPIRIN (aspirin) (Gi)**
**KETOROLAC TROMETHAMINE (ketorolac tromethamine) (Gi)**
**ULTRAM ER (tramadol HCl) (Gi)** < LRW 8/29/2014 20:24>
**Infection Control: Patient has no history of MRSA, VRE, or CDIFF.** < LRW 8/29/2014 20:25>

Fall Risk Assessment <LRW 08/29/14 20:25 >

CHIEF COMPLAINT QUOTE: Right face pain and swelling after assault with police
ARRIVAL:The patient arrived ambulatory via BLS transport from public place.
The patient was accompanied by: EMT/paramedic. Law enforcement. Self. <LRW 8/29/2014 20:24>

ABC's: The airway is open and patent. Breathing is spontaneous and nonlabored. Breathing equal bilaterally.

Electronically Signed by: 0456 - Phillip Hugo

Click Here to View Images

CT - MAXILLOFACIAL W/O CONTRAST; Reason for exam: TRAUMA; Transport mode: Stretcher

Result 8/30/2014 09:48 < User N. Interface 8/30/2014 09:48>

Result completed: 8/29/2014 21:11
*CT - MAXILLOFACIAL W/O CONTRAST; Reason for exam: TRAUMA; Transport mode: Stretcl*

INDICATION: TRAUMA

CT SCAN MAXILLOFACIAL BONES

Findings: Fracture of the right nasal bone and buckling of the left nasal bone. The orbital walls appear intact. The maxillary walls also appear intact appear There is mild right maxillary and right ethmoid sinus disease. There is extensive dental disease present. Soft tissue swelling present the right side of face. The globe is intact.

IMPRESSION: RIGHT-SIDED NASAL BONE FRACTURE..

PROCEDURES: CT cervical spine without contrast.

INDICATION:  TRAUMA

TECHNIQUE: Contiguous axial imaging was performed through the cervical spine followed by three-dimensional reconstructed imaging.

FINDINGS: Lateral alignment is normal and the disc spaces are fairly well-preserved givent the patients age. No fractures are identified. Axial images reveal no fractures. Facet joints appear grossly normal. The C1-C2 interval appears normal. Soft tissues are grossly unremarkable.

IMPRESSION:

NO EVIDENCE OF ACUTE CERVICAL INJURY IDENTIFIED.

Philip C. Hugo, MD

Electronically Signed by: 0456 - Phillip Hugo

Click Here to View Images

## NURSING NOTES

| | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | Pain | O2 Sat. | O2 liters/min. |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/14 20:21 | 98.5 | O | 101 | | 151 | 97 | S | | 94 | RA |
| | Entered: <WCW 8/29/2014 20:22> | | | | | | | | | |

08/29/14 20:26   Progress Notes > Progress Notes Note:
<LRW 08-29-2014 20:26>Multi law enforcement officers at bedside

08/29/14 20:30   Accu-check: Yes Entered: <WCW 8/29/2014 20:30>

08/29/14 20:46   Patient to radiology: Patient transported by Radiology staff to CT stretcher. Entered: <JC 8/29/2014 20:45>

08/29/14 21:36   MAR: Given IM 0 . 5 IM Entered: <JC8/29/2014 21:36> Adacel vial IM 0.5ml

| | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | Pain | O2 Sat. | O2 liters/min. |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/14 21:37 | | | | | | | | | | |

## Atlantic General Hospital - Berlin, MD 21811

| | | | |
|---|---|---|---|
| Patient: | HERSCHEL W VICK | DOB: | 7/16/1948 |
| MR #: | 153999 | Age/Gender: | 66y M |
| DOS: | 8/30/2014 10:41 | Acct #: | 1797504 |
| Private Phys: | ED ONLY | ED Phys: | Stephen St. Pierre, MD |
| Height | 175.3 cm (69 in) Inches (est) | | |
| Weight | 73.0 kg. (est) | | |

| CHIEF COMPLAINT: | Enc. Type: | ACUITY: |
|---|---|---|
| Rib pain, traumatic | Unscheduled Return < 24 | Level 4- Urgent |

### Patient Aliases:

HERSCHEL VICK EL

HERSCHEL "" VICK EL

### Physicians caring for patient:

Stephen St. Pierre, MD

### Height and Weight

**Height:** 175.3 cm (69 in) (est) <LML 8/30/2014 10:54>

**Weight:** 73.0 kg. (est) <LML 8/30/2014 10:54>
**Growth Charts:**

Patient age exceeds growth chart ranges
Age: 66y Weight: 160.9lbs (73.0 kg) Height: 69 in (175.3 cm) BMI: 23.8

## VITAL SIGNS

| Initials/Date/Time | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | Pain | O2 Sat. | O2 liters/min. |
|---|---|---|---|---|---|---|---|---|---|---|
| LML 8/30/2014 10:54 | 98.7 | O | 90 | 14 | 136 | 94 | S | 9 | 97 | ra |

*Vital Signs Alert:*

Vital signs alert reviewed. < Stephen St. Pierre, MD 8/30/2014 11:20>

## TRIAGE
**ALLERGIES: (+) med allergies / (-) food and other allergies**
**ASPIRIN (aspirin) (Gi)**
**KETOROLAC TROMETHAMINE (ketorolac tromethamine) (Gi)**
**ULTRAM ER (tramadol HCl) (Gi)** < LML 8/30/2014 10:54>
**Infection Control: Patient has no history of MRSA, VRE, or CDIFF.** < LML 8/30/2014 10:54>

Fall Risk Assessment <LML 08/30/14 10:54>

Musculo-Skeletal injury protocol initiated. <LML 08/30/14 10:55>

CHIEF COMPLAINT QUOTE: seen last night after altercation with police, pt reports today feeling right upper rib pain where officer had his knee on him, also reports steri strips under right eye keep dripping blood
ARRIVAL: The patient arrived ambulatory via automobile from home.
The patient was accompanied by: Immediate family member. <LML 8/30/2014 10:54>

< Stephen St. Pierre, MD 8/29/2014 20:23>

*Radiology*

CT - CERVICAL SPINE W/O CONTRAST; Reason for exam: TRAUMA; Transport mode: Stretcher [Reference: 2000819321]

< Stephen St. Pierre, MD 8/29/2014 20:21>

CT - MAXILLOFACIAL W/O CONTRAST; Reason for exam: TRAUMA; Transport mode: Stretcher [Reference: 2000819322]

< Stephen St. Pierre, MD 8/29/2014 20:21>

## RESULTS
*Lab*

POC Testing Accu-check

Result 8/29/2014 20:30  < William Wright, NT 8/29/2014 20:30>

Result completed: 8/29/2014 20:30

| Test | Value | Units | Flag | Ref Range | Comments |
|---|---|---|---|---|---|
| Glucose, blood | 140.0000 | mg/dL | N/A | 70-110 | |

*Radiology*

CT - CERVICAL SPINE W/O CONTRAST; Reason for exam: TRAUMA; Transport mode: Stretcher

Result 8/30/2014 09:48  < User N. Interface 8/30/2014 09:48>

Result completed: 8/29/2014 21:11
*CT - CERVICAL SPINE W/O CONTRAST; Reason for exam: TRAUMA; Transport mode: Stret*

INDICATION: TRAUMA

CT SCAN MAXILLOFACIAL BONES

Findings: Fracture of the right nasal bone and buckling of the left nasal bone. The orbital walls appear intact. The maxillary walls also appear intact appear There is mild right maxillary and right ethmoid sinus disease. There is extensive dental disease present. Soft tissue swelling present the right side of face. The globe is intact.

IMPRESSION: RIGHT-SIDED NASAL BONE FRACTURE..

PROCEDURES: CT cervical spine without contrast.

INDICATION: TRAUMA

TECHNIQUE: Contiguous axial imaging was performed through the cervical spine followed by three-dimensional reconstructed imaging.

FINDINGS: Lateral alignment is normal and the disc spaces are fairly well-preserved givent the patients age. No fractures are identified. Axial images reveal no fractures. Facet joints appear grossly normal. The C1-C2 interval appears normal. Soft tissues are grossly unremarkable.

IMPRESSION:

NO EVIDENCE OF ACUTE CERVICAL INJURY IDENTIFIED.

Philip C. Hugo, MD