Case 1:15-cv-03355-GLR   Document 38-2   Filed 12/11/20   Page 1 of 2



Case 1:15-cv-03355-GLR   Document 58-2   Filed 12/14/20   Page 2 of 2

