| Windows | Novell Login | UCS | Mainframe |
|---|---|---|---|
| Username: worlrpub | ccwocop072 | Username: cwop010 | Password: ccr00i |
| Password: worpub01 | | Password: support2 | |

p to  Favorites  Help

Printed Name _____

Address 101 Points Reach

City, State, Zip Ocean Pines  Md 21811  443 783 9429
Telephone

Agency, sub-agency, and I.D. # _____  (Officer Only)

Printed Name Edward Lee Carmean

Address 5858 Snow Hill Rd

City, State, Zip Snow Hill Md 21863  410 713 8345
Telephone

CC# _____

**DEFENDANT'S DESCRIPTION:** Driver's License # _____  Sex **M** Race **White** Ht. **58** Wt. **240**
Hair **brown** Eyes **Green** Complexion **light** Other **tattoo** DOB **3/5/1980** ID _____

## APPLICATION FOR STATEMENT OF CHARGES  Page 1 of _____

I, the undersigned, apply for statement of charges and a summons or warrant which may lead to the arrest of the

above named Defendant because on or about **NOV 20 2017** at **Chesapeake Pediatrics**
Date                                    Place

**Edward Lee Carmean** , the above named Defendant

held me against my will, followed me, threatend me forcefully held
(Concise statement of facts showing that there is probable cause to believe that a crime has been committed and that the Defendant has committed it):

My hands to take my cell phone & broke my mirror

_____

_____

(Continued on attached _____ pages) (DC-CR-001A)

I solemnly affirm under the penalties of perjury that the contents of this Application are true to the best of my knowledge, information, and belief.

**NOV 20 2017**
Date

_____
Officer's Signature

_____
Printed Name

I have read or had read to me and I understand the Notice on the back of this form.

**NOV 20 2017**
Date

Rachel Carmean
Applicant's Signature

Rachel Carmean
Printed Name

Subscribed and sworn to before me this **20** day of **November**  **201**

Time: **10:40** ☐ AM ☒ PM
Judge/Commissioner _____

| Windows | Novell Login | UCS | Mainframe |
|---|---|---|---|
| Username: worlrpub | ccwocop072 | Username: cwop010 | Password: ccz00i |
| Password: worpub01 | | Password: support2 | |

s compliance with the PDF/A standard and has been opened read-only to prevent modification

# Carmean Edward Lee

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)** Page _____ of _____

Altercation started @ about 3pm Nov 20 2017 outside in Chesapeak Pediatrics parking lot. Edward forcefully grabbed my hands + phone. He prove my fingernails doing so and hurt my hands. He went through my phone. Upset about seperation agreement. He said he would destroy my truck with me in it. Would not let me leave. leaned on my window almost breaking it trying to prevent me from leaving. He hit my _____ driver side mirror + broke it. Threw my phone in my car so I left to the next business parking lot to find my phone call the police. He followed me stood in front of vehicle trying to prevent me from leaving. I left culled the police, went to Royal Farms on Dykes Rd he got out to approch my car. I moved and told him I culled the cops. I kept moving because he has a key to get into my vehicle and was scared for my safety.

| Windows | Novell Login | UCS | Mainframe |
|---|---|---|---|
| Username: worlrpub | ccwocop072 | Username: cwop010 | Password: ccz00i |
| Password: worpub01 | | Password: support2 | |

to  Favorites  Help

SALISBURY, MD  21801          DC Case : D-023-CR-17-002811

## COMPLAINANT

CARMEAN, EDWARD LEE
Printed Name
5858 SNOW HILL RD
Address
SNOW HILL, MD 21863    4107138365
City, State, Zip          Telephone

Agency, sub-agency, and I.D. #          (Officer Only)

## DEFENDANT

CARMEAN, RACHEL MARLEEN
Printed Name
101 POINTS REACH RD
Address
OCEAN PINES, MD 21811  4437839429
City, State, Zip          Telephone
CC#

DEFENDANT'S DESCRIPTION: Driver's License # _____
Hair BRO  Eyes BRO  Complexion FR  Other _____  Sex F  Race W  Ht. 506 Wt. 170  DOB 4/28/98  ID _____

## APPLICATION FOR STATEMENT OF CHARGES          Page 1 of 6

I, the undersigned, apply for statement of charges and a summons or warrant which may lead to the arrest of the
above named Defendant because on or about NOVEMBER 28, 2017 at 2300 NORTH SALISBURY
                                            Date                    Time
BOULEVARD, WICOMICO COUNTY, MARYLAND _____, the above named Defendant
                                        Place
RACHEL MARLEEN CARMEAN, DID ATTEMPT TO TAKE OUR
(Concise statement of facts showing that there is probable cause to believe that a crime has been committed and that the Defendant has committed it).
SON, WHILE IN ASTROLLER BEING PUSHED BY ME, AWAY BY TAKING
HER RIGHT HAND & GRABBING MY LEFT HAND & RIPPING IT
AWAY FROM THE LEFT GRIP HANDLE OF THE STROLLER.
                (Continued on attached 5 _____ pages) (DC-CR-001A)

I solemnly affirm under the penalties of perjury that the contents of this Application are true to the best of my knowledge,
information, and belief.

_____                                    _____
Date                                       Officer's Signature

I have read or had read to me and I understand the Notice on the back of this form.    _____
                                                                                        Printed Name
X _____
11/28/17                                   X _____
Date                                       Applicant's Signature
                                           X CARMEAN, EDWARD

| Windows | Novell Login | UCS | Mainframe |
|---------|--------------|-----|-----------|
| Username: worlrpub | ccwocop072 | Username: cwop010 | Password: ccz00l |
| Password: worpub01 | | Password: support2 | |

DEFENDANT'S NAME (LAST, FIRST, M.I.)

CARMEAN, RACHEL M.

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)** Page 2 of 6

THIS OCCURRED AFTER I ATTEMPTED TO WALK AWAY FROM
HER DURING AN ARGUMENT WHERE SHE ADMITTED TO
BEING AT ANOTHER MAN'S HOUSE, DUSTIN TAWES, WITHIN
THE LAST COUPLE WEEKS FROM TODAY'S DATE. WE ARE
SEPARATED, BUT LEGALLY MARRIED.

AFTER LEAVING THE AFOREMENTIONED AREA TO GO
TO OUR SON'S (DECLAN EDWARD CARMEAN; AGED
16 MONTHS) DOCTOR'S APPOINTMENT, WE SAT IN
THE AREA'S PARKING LOT TO FURTHER DISCUSS
OUR PROPOSED "SEPARATION AGREEMENT". THIS CAUSED
RACHEL TO BECOME ANGRY & VIOLENT. WE STOPPED
TALKING ABOUT IT & LEFT FOR OUR SON'S APPOINTMENT
@ 1340 HOURS

AFTER THE APPOINTMENT WHICH WAS LOCATED AT 106



REMEMBER TO LOG OUT

| Windows | Novell Login | UCS | Mainframe |
|---|---|---|---|
| Username: wortpub | ccwocop072 | Username: cwop010 | Password: ccz00i |
| Password: worpub01 | | Password: support2 | |

AFTER LEAVING THE AFOREMENTIONED AREA TO GO
TO OUR SON'S (DECLAN EDWARD CARMEAN; AGED
16 MONTHS) DOCTOR'S APPOINTMENT, WE SAT IN
THE AREA'S PARKING LOT TO FURTHER DISCUSS
OUR PROPOSED "SEPARATION AGREEMENT". THIS CAUSED
RACHEL TO BECOME ANGRY & YELLING. WE STOPPED
TALKING ABOUT IT & LEFT FOR OUR SON'S APPOINTMENT
@ 1340 HOURS.

AFTER THE APPOINTMENT WHICH WAS LOCATED AT 106
MILFORD STREET BUILDING 2, SALISBURY MARYLAND, I
PLACED OUR SON IN THE VEHICLE, A 2015 DODGE
JOURNEY, REGISTERED TO BOTH OF US ME AS THE
MAIN PAYEE OF THE LOAN, & SECURED HIM IN

11/20/17
_____
Date

_____
Applicant's Signature

CARMEAN, EDWARD L.
_____
Printed Name

Tr.#171001724401

DC-CR-001A (Rev. 04/2015)

| Windows | Novell Login | UCS | Mainframe |
|---|---|---|---|
| Username: worlrpub | ccwocop072 | Username: cwop010 | Password: ccz00l |
| Password: worpub01 | | Password: support2 | |

HIS CAR SEAT, WHILE SHE GOT INTO THE DRIVER'S
SEAT.

I WENT TO THE DRIVER'S WINDOW TO TALK FURTHER
TO RACHEL ABOUT EVERYTHING THAT OCCURRED TODAY.
RACHEL BECAME AGITATED & STARTED YELLING AT ME.
I REACHED INTO OUR VEHICLE, & TOOK THE PHONE
I BOUGHT RACHEL. WHILE I HAD THE PHONE, RACHEL
EXITED THE VEHICLE & BECAME AGGRESSIVE & STARTED
TO GRAB MY RIGHT & LEFT. ARMS MY BACK & HOOD
OF MY SWEAT SHIRT, IN AN ATTEMPT TO KEEP ME
FROM OPERATING THE PHONE & LOOKING AT ITS CONTENTS
I RECEIVED SEVERAL SCRATCHES & BRUISES ON MY
RIGHT ARM & RIGHT MIDDLE FINGER FROM RACHEL'S
ACTIONS. RACHEL GOT BACK INTO THE VEHICLE & CONTINUED
TO GRAB MY RIGHT ARM, RIPPING MY SWEAT JACKET'S
RIGHT POCKET, TAKING THE CONTENTS OF THE POCKET
OUT, I.E. MY CAR KEYS, A PACK OF GUM & MY BLACK IN
COLOR POCKET KNIFE THAT WAS CLIPPED TO MY



| Windows | Novell Login | UCS | Mainframe |
|---|---|---|---|
| Username: workpub | ccwocop072 | Username: cwop010 | Password: ccr00i |
| Password: worpub01 | | Password: support2 | |

TO GRAB MY RIGHT & LEFT ARMS, MY BACK & HOOD OF MY SWEAT SHIRT, IN AN ATTEMPT TO KEEP ME FROM OPERATING THE PHONE & LOOKING AT ITS CONTENTS. I RECEIVED SEVERAL SCRATCHES & BRUISES ON MY RIGHT ARM & RIGHT MIDDLE FINGER FROM RACHEL'S ACTIONS. RACHEL GOT BACK INTO THE VEHICLE & CONTINUED TO GRAB MY RIGHT ARM, RIPPING MY SWEAT JACKET'S RIGHT POCKET, TAKING THE CONTENTS OF THE POCKET OUT, I.E. MY CAR KEYS, A PACK OF GUM & MY BLACK IN COLOR POCKET KNIFE THAT WAS CLIPPED TO MY FRONT RIGHT JEANS POCKET.

11/26/2017
Date

Applicant's Signature

CARMEAN, EDWARD L.
Printed Name

Tr.#171001724401

DC-CR-001A (Rev. 04/2015)

| Windows | Novell Login | UCS | Mainframe |
|---|---|---|---|
| Username: worlrpub | ccwocop072 | Username: cwop010 | Password: ccz00i |
| Password: worpub01 | | Password: support2 | |

DEFENDANT'S NAME (LAST, FIRST, M.I.)

CARMEAN, RACHEL M.

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)** Page 4 of 6

RACHEL ADVISED SHE WAS LEAVING & CALLING THE POLICE.
I DROPPED THE PHONE BACK INTO THE VEHICLE & LEANED
AGAINST THE DRIVER'S FRONT WINDOW WHICH WAS OPEN,
& TOLD RACHEL TO CALM DOWN, ESPECIALLY SINCE OUR
SON WAS IN THE VEHICLE. RACHEL PUT THE VEHICLE
IN REVERSE WHILE I WAS LEANING ON IT, PARTIALLY
DRAGGING MY UPPER BODY UNTIL THE DRIVER'S SIDE
SIDE-VIEW MIRROR STRUCK MY LEFT ELBOW, MOVING
THE MIRROR FORWARD & ALSO CRACKING IT. RACHEL
CONTINUED BACKWARDS, INTO THE PATHS OF 2
OTHER VEHICLES TRAVERSING THE PARKING LOT,
CAUSING THEM TO SLAM ON THEIR BRAKES.
RACHEL THEN PUT THE VEHICLE IN DRIVE TO MOVE
OUT OF THE WAY OF THE VEHICLES, STRIKING THE
REST OF MY LEFT LEG IN THE PROCESS.

| Windows | Novell Login | UCS | Mainframe |
|---|---|---|---|
| Username: worlrpub | ccwocop072 | Username: cwop010 | Password: ccz00i |
| Password: worpub01 | | Password: support2 | |

STOP & WATCH THE INCIDENT & SMACKED THE
HOOD OF THE VEHICLE & TOLD RACHEL TO STOP
DUE TO HITTING ME TWICE WITH THE VEHICLE
& THE OTHER PEOPLE IN THE AREA. I BACKED
AWAY FROM THE VEHICLE & GOT BACK INTO MY
VEHICLE. I CALLED HER PHONE & ASKED HER TO
STOP & SLOW DOWN WITH OUR SON IN THE VEHICLE
RACHEL STATED "I'M CALLING THE POLICE, YOU
SHOULDN'T HAVE FUCKED WITH ME, I TOLD YOU
I WOULD GET YOU, NOW IT'S TOO LATE!" RACHEL
CONTINUED TO MILFORD STREET.

SEEING SHE WAS ON THE PHONE, I ASSUMED IT

11/28/17

Date

Applicant's Signature

CARLMEAN, DWAYNE C
Printed Name

Tr.# 171001724401

DC-CR-001A (Rev. 04/2015)

| Windows | Novell Login | UCS | Mainframe |
|---|---|---|---|
| Username: worlrpub | ccwocop072 | Username: cwop010 | Password: ccz00i |
| Password: worpub01 | | Password: support2 | |

Favorites   Help

CARMEAN, RACHEL M

### APPLICATION FOR STATEMENT OF CHARGES (CONTINUED) Page 6 of 6

WAS WITH THE POLICE. I AGAIN ATTEMPTED TO MAKE CONTACT W/TH HER AT ROYAL FARMS, 1401 SOUTH DIVISION STREET, TO ASCERTAIN IF SHE HAD MADE CONTACT WITH THE POLICE, IF SO, I WOULD REMAIN IN THE AREA. RACHEL REVERSED AT A HIGH RATE OF SPEED IN THE PARKING LOT & AROUND THE BUILDING WITH OUR SON IN THE VEHICLE. I REMAINED IN THE AREA & SPOKE W/ SALISBURY POLICE DEPARTMENT OFFICERS. I WAS RELEASED FROM THE SCENE. MY SUPERVISOR ARRIVED ON SCENE & PHOTOGRAPHED MY INJURIES.

ALL EVENTS DID OCCUR IN SALISBURY, WICOMICO COUNTY, MARYLAND.

| | Windows | Novell Login | UCS | Mainframe |
|---|---|---|---|---|
| | Username: worlrpub | ccwocop072 | Username: cwop010 | Password: ccz00i |
| | Password: worpub01 | | Password: support2 | |

DEFENDANT'S NAME (LAST, FIRST, M.I.)

CARMEAN, RACHEL M.

## APPLICATION FOR STATEMENT OF CHARGES (CONTINUED) Page 5 of 6

STREET & PARK I ATTEMPTED TO MAKE CONTACT
WITH RACHEL & CALM THE SITUATION DOWN, &
CHECK ON OUR SON AS I APPROACHED THE VEHICLE
RACHEL PLACE THE VEHICLE IN REVERSE, TURNING
THE WHEEL SHARPLY TO HER RIGHT, STRIKING
MY LEFT KNEE WITH THE DRIVERS SIDE FRONT
WHILE ON THE PHONE. I OBSERVED OTHER PEOPLE
STOP & WATCH THE INCIDENT, & SMACKED THE
HOOD OF THE VEHICLE & TOLD RACHEL TO STOP
DUE TO HITTING ME TWICE WITH THE VEHICLE
& THE OTHER PEOPLE IN THE AREA. I BACKED
AWAY FROM THE VEHICLE & GOT BACK INTO MY
VEHICLE. I CALLED HER PHONE & ASKED HER TO
STOP & SLOW DOWN WITH OUR SON IN THE VEHICLE
RACHEL STATED "I'M CALLING THE POLICE, YOU
SHOULDN'T HAVE FUCKED WITH ME, I TOLD YOU

| Windows | Novell Login | UCS | Mainframe |
|---|---|---|---|
| Username: worlrpub | ccwocop072 | Username: cwop010 | Password: ccz00i |
| Password: worpub01 | | Password: support2 | |

s the claim compliance with the PDF/A standard and has been opened read-only to prevent modification

DRAGGING MY UPPER BODY UNTIL THE DRIVERS SIDE
SIDE-VIEW MIRROR STRUCK MY LEFT ELBOW, MOVING
THE MIRROR FORWARD & ALSO CRACKING IT. RACHEL
CONTINUED BACKWARDS, INTO THE PATHS OF 2
OTHER VEHICLES TRAVERSING THE PARKING LOT.
CAUSING THEM TO SLAM ON THEIR BRAKES
RACHEL THEN PUT THE VEHICLE IN DRIVE TO MOVE
OUT OF THE WAY OF THE VEHICLES, STRIKING THE
FRONT OF MY LEFT LEG IN THE PROCESS.

I GOT INTO MY VEHICLE & WENT AFTER RACHEL
DUE TO HER HAVING OUR SON IN THE VEHICLE &
HER FRENZIED ACTIONS. I OBSERVED RACHEL GO
TO THE FARMERS BANK OF WILLARDS, 102 MILFORD

__11/26/17__
Date

CARMEAN, EDWARD L.
Applicant's Signature          Printed Name

Tr:#171001724401

DC-CR-001A (Rev. 04/2015)