

# DISTRICT COURT OF MARYLAND FOR Worcester County
Located at 301 Commerce Street, Snow Hill, Maryland 21863

Case No. 0BJ79293

**STATE OF MARYLAND     VS.     BROWN, HERSCHEL**
127 FLOWER ST
BERLIN, MD 21811-0000

**Hearing or Trial Date:** _____

CC#:                SID:
LID:                DL#:
Race: 1   Sex: M   Ht: 5' 08"   Wt: 148   Hair:   Eyes:
DOB: 07/16/1948   Phone(H):            Phone(W):

| Charge \| Statute \| AR/Citation \| CJISCode | Charge \| Statute \| AR/Citation \| CJISCode |
|---|---|

DRIVING VEH. ON HWY. AT SPEED EXCEEDING LIMIT | TA 21 801.1 | 0BJ79292
PERSON DRIVING MOTOR VEH. ON (HWY., PUBLIC USE   PROPERTY) ON SUSPENDED LIC. & PRIVILEGE | TA 16 303 C | 0BJ79293
GIVE FALSE NAME TO POLICE | TA 16 112 E | 0BJ79294

## BAIL BOND

KNOW ALL PERSONS BY THESE PRESENTS:

That I/we, the undersigned, jointly and severally acknowledge that I/we, our personal representatives, successors, and assigns are held and firmly bound unto the State of Maryland in the penalty sum of $15,000.00
(Fifteen Thousand Dollars)
without collateral security.

THE CONDITION OF THIS BOND IS that the Defendant personally appear, as required, in any court in which the charges are pending, or in which a charging document may be filed based on the same acts or transactions, or to which action may be transferred, removed, or, if from the District Court, appealed.

If, however, the Defendant fails to perform the foregoing condition, this bond shall be forfeited forthwith for payment of the above penalty sum in accordance with law.

IT IS AGREED AND UNDERSTOOD that this bond shall continue in full force and effect until discharged pursuant of Rule 4-217.

IN WITNESS WHEREOF, these presents have been executed under seal this 30th day of August, 2014.

Defendant: _Herschel Brown_ (SEAL)    Address: _____ (SEAL)
                                                        Defendant
Pers.Surety: _____ (SEAL)    Address: _____
                                                        Surety
Surety/Ins: _____ (SEAL)    Address: _____
                                                        Surety-Insurer
By Bondsman: _____ (SEAL)    Address: _____
                                                        Power of Attorney No.

SIGNED, sealed, and acknowledged before me:
Date: 08/30/2014            Commissioner: _____ ID: 2102
                            For Worcester County