Herschel Yich El
10650 Flower St.
Berlin, MD 21811
c/o RenA SMACK




U.S. POSTAGE PAID
FCM LG ENV
SALISBURY, MD
21801
DEC 07, 20
AMOUNT
$2.00
R2304M113340-3

Clerk of Court
United State District Court
101 Lombard St
Baltimore, MD 21201

