IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HERSCHEL W. VICK-EL, <br> a/k/a Herschel Walter Brown, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER EDWARD CARMEAN, <br><br> Defendant. | * <br><br> * <br><br><br> * <br><br> * <br><br> * <br> *** | <br><br><br><br><br> Civil Action No. GLR-15-3355 |

## ORDER

Upon consideration of the Motion for Appointment of Counsel filed by Plaintiff Herschel W. Vick-El (ECF No. 42), and pursuant to the Court's requirement that members of the bar make themselves available from time to time to act as pro bono counsel, it is this 14th day of September, 2021, hereby ORDERED that:

1. EDWARD P. PARENT, of the firm Silverman, Thompson, Slutkin, White, LLC, 201 North Charles Street, 26th Floor, Baltimore, Maryland 21201, 410-385-2225, is APPOINTED to represent Vick-El in the above-captioned civil action without compensation, except as allowed by any applicable statute and except that allowable expenses may be reimbursed in accordance with Appendix C to the Local Rules, which are accessible at https://www.mdd.uscourts.gov/sites/mdd/files/LocalRules.pdf. Expenses are limited to a total of $10,000 per case unless otherwise requested by counsel with advance approval by the presiding judge and the Court's Attorney Admissions Fund Committee.

2.  Parent may FILE a Motion for Reconsideration of this appointment within fourteen (14) days of this Order and show good cause why he is unable to accept the appointment. Such motion shall be filed electronically with the undersigned judge, but may, at Parent's discretion, be filed using the "ex parte" function in CM/ECF (see Ex Parte Matters in the Electronic Filing Requirements and Procedures for Civil Cases, available here: https://www.mdd.uscourts.gov/content/ex-parte-matters.

3.  In order to assist in performing a conflict check, the Clerk shall PROVIDE Parent a copy of the docket sheet and the initial Complaint, along with the form to Request Reimbursement of Expenses. Insofar as possible, a brief written synopsis of the case may also be provided to Parent.

4.  The Clerk shall ENTER the appearance of counsel.

/s/
George L. Russell, III
United States District Judge

**Instructions for Pro Bono Counsel**

1.  Documents previously filed in this case are available electronically through PACER. Counsel is eligible to obtain an exempt PACER account for use on this case. To register for a PACER account, go to www.pacer.uscourts.gov . A copy of this order must be faxed to PACER at 210-301-6441 to establish fee-exemption. Unless otherwise ordered by the Court, this fee exemption is valid for one year from the date of this order. Counsel should request an extension of this order at least ten days before its expiration if they wish to continue the fee exemption.

2.  If you are not a CM/ECF user with this court, you must complete an on-line registration form. Go to the Court's website, www.mdd.uscourts.gov, from the

2

**CM/ECF** tab, select **CM.ECF Registration – Attorney Registration Form**, complete the form and **Submit**. Information about electronic filing procedures and requirements is available on the website. Please note that if this case is subject to electronic filing, any documents submitted for filing in paper format may be returned to you. The Court does <u>not</u> mail paper copies of orders and other documents that are filed electronically.

3. If you wish to submit a request for reimbursement of expenses, please complete the court-provided form and file the request electronically in **CM/ECF** using the **Request by Court-Appointed Counsel for Reimbursement of Expenses Event** under **Other Filings/Other Documents**.

4. If this appointment is to represent a litigant currently housed in a prison facility, please be sure to include the inmate's identification number on the envelope of any mailings to the litigant to ensure any mailings are delivered to him.